FILED  
United States Court of Appeals  
Tenth Circuit

February 14, 2022

Christopher M. Wolpert  
Clerk of Court

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

───────────────────────────────

ROCKY MOUNTAIN WILD, INC.,

    Plaintiff - Appellant,

v.

UNITED STATES FOREST SERVICE, et al.,

    Defendants - Appellees.

No. 21-1169  
(D.C. No. 1:18-CV-03065-MEH)  
(D. Colo.)

───────────────────────────────

**ORDER**

───────────────────────────────

This matter is before the court upon receipt of Appellant Rocky Mountain Wild, Inc.'s Appendix Volume III, which was filed on February 11, 2022. Apart from the appendix that Appellant filed with its opening brief and Appellees' supplemental appendix, no other appendix may be filed absent leave of court. *See* 10th Cir. R. 30.2(B). Accordingly, the court will receive, but not file, Appellant's Appendix Volume III, and it will not be considered unless and until Appellant obtains leave of court to file the same. Appellant is reminded that all motions must comply with 10th Cir. R. 27.1.

                      Entered for the Court  
                      CHRISTOPHER M. WOLPERT, Clerk

                      By: Candice Manyak  
                      Counsel to the Clerk