**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**December 30, 2022**

**Christopher M. Wolpert**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

ROCKY MOUNTAIN WILD, INC.,

     Plaintiff - Appellant,

v.

UNITED STATES FOREST SERVICE;
UNITED STATES DEPARTMENT OF
AGRICULTURE,

     Defendants - Appellees.

No. 21-1169
(D.C. No. 1:18-CV-03065-MEH)
(D. Colo.)

_____

## JUDGMENT
_____

Before **TYMKOVICH**, **EID**, and **CARSON**, Circuit Judges.
_____

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk